E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
WESTERN DISTRICT

| | |
|---|---|
| PLASTWOOD CORPORATION; PLAST WOOD S.R.L., <br><br> Plaintiffs, <br><br> v. <br><br> DEBORAH L. ROBINSON; TT, LLC; LIGHTRIX, INC.; KINGDOM PUZZLES, INC; EKOS-USA, INC.; GEOMAG USA, <br><br> Defendants. | CASE NO.   04-cv-04090-VRW (ADR) |

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice pursuant to the Stipulation of the parties.

Dated: 28 JUL 2005, 2005.

*/s/ Vaughn R. Walker*
The Honorable Vaughn R. Walker
United States District Judge